IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03129-REB-KLM

PATRICIA HOELSKEN,

     Plaintiff,

v.

IDEA INTEGRATION, CORP.,

     Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Motion for Entry of Stipulated Protective Order** [Docket No. 18; Filed May 18, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is entered as an Order of the Court as of today's date, with interlineations.

Dated:  May 19, 2011