**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-03129 -REB-KLM

PATRICIA HOELSKEN,

    Plaintiff,

v.

IDEA INTEGRATION, CORP.,

    Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#58][1] filed June 4, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss With Prejudice** [#58] filed June 4, 2012, is **GRANTED**;

    2. That the Trial Preparation Conference set for June 29, 2012, is **VACATED**;

    3. That the jury trial set to commence July 9, 2012, is **VACATED**; and

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated June 5, 2012, at Denver, Colorado.

    **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#58]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.